UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID ALAN METCALFE,<br><br>                  Plaintiff,<br>     v.<br>BRIAN E WILLIAMS, et al.,<br><br>                  Defendants. | Case No.  2:19-cv-01793-JAD-DJA<br><br>ORDER |

**I.**   **DISCUSSION**

Plaintiff has filed an updated address indicating that he is no longer incarcerated. Accordingly, the Court denies Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot.  The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400.[1] If Plaintiff fails to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400, this case will be subject to dismissal without prejudice.

**II.**   **CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

///

---

[1] The Court notes that the filing fee for civil cases increased from $400 to $402 on December 1, 2020.  However, because Plaintiff initiated this action before December 1, 2020, he would be subject to the previous $400 filing fee.

1

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED this 16th day of February 2022.

_____
UNITED STATES MAGISTRATE JUDGE